HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SHELLBY MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHELLBY MOORE, et al., <br><br> Defendants. | Case No. 2:16-cr-0147 MCE <br><br> WAIVER OF PERSONAL APPEARANCE <br><br> Judge:  Hon. Allison Claire |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant , SHELLBY MOORE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: August 4, 2016

/s/ Shellby Moore
SHELLBY MOORE
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated:  August 4, 2016

/s/ Noa E. Oren
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
SHELLBY MOORE

IT IS SO ORDERED.

Dated:  August 4, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE