HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHELLBY MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-147-MCE |
|---|---|
| Plaintiff, | ) DEFENDANT'S WAIVER OF<br>) APPEARANCE; ORDER |
| v. | ) |
| SHELLBY MOORE, | ) DATE:   August 5, 2016<br>) TIME:   2:00 p.m.<br>) JUDGE:  Hon. Allison Claire |
| Defendant. | ) |

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the defendant, Shellby Moore, hereby waives the right to be present in person in open court for arraignment. Ms. Moore has been charged by indictment. Ms. Moore affirms that she has received a copy of the indictment and that she wishes to plead not guilty and request a jury trial. Ms. Moore acknowledges that she has been informed of the charges, the penalties provided by law, and of her rights in this matter. She seeks to waive her appearance in this matter because she is participating in WestCare in Fresno, CA under pretrial services supervision. She was present for her initial arraignment on the complaint, which addresses the same crime. She was informed by the Court of her rights and the charges at that appearance. She asks the Court to accept this waiver.

The defendant further acknowledges being informed of her rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and dates under that Act without the defendant's personal appearance.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: August 4, 2016

                                                    /s/ Shellby Moore
                                                  SHELLBY MOORE
                                                  Original retained by attorney

I agree with and consent to my client's waiver of appearance. I have provided her with a copy of the indictment and discussed her rights, the charges, and the statutory penalties. I concur with her decision to waive her appearance and be arraigned without her personal appearance.

Dated: August 4, 2016

                                                  Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ Noa E. Oren
                                                  NOA E. OREN
                                                  Assistant Federal Defender

                                                  Attorney for Defendant
                                                  SHELLBY MOORE

## **ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court accepts Shellby Moore's waiver of appearance at arraignment.

Dated: August 4, 2016

                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE