HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
SHELLBY L. MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHELLBY L. MOORE,<br><br>　　　　Defendant. | Case No. 2:16-cr-00147-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: September 8, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for  Shellby L. Moore that the status conference, currently scheduled for September 8, 2016, be continued to October 6, 2016 at 10:00 a.m.

　　　　Defense counsel requires additional time to review discovery with the defendant and pursue investigation.

　　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 6, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                          Respectfully submitted,

Dated:  September 6, 2016          HEATHER E. WILLIAMS
                                                          Federal Defender

                                                          */s/ Noa E. Oren*
                                                          NOA E. OREN
                                                          Assistant Federal Defender
                                                          Attorney for Defendant

Dated: September 6, 2016
                                                          PHILLIP A. TALBERT
                                                          Acting United States Attorney

                                                          */s/ Michelle Rodriguez*
                                                          MICHELLE RODRIGUEZ
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 6, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 8, 2016 status conference shall be continued until October 6, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  September 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE