HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, # 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
SHELLBY L. MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00147-MCE |
| Plaintiff, | **AMENDED NOTICE OF EXCLUSION OF TIME AND ORDER TO EXCLUDE TIME** |
| vs. | |
| LICHNOCK-GEMBE et al., | Date: December 15, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

**PLEASE TAKE NOTICE** that on November 21, 2016, the Court, by its own motion, vacated and continued the December 7, 2016 status conference to December 15, 2016 at 10:00 a.m.

Based upon the foregoing, Assistant U.S. Attorney, Michelle Rodriguez, attorney for Plaintiff, and Defendant Shellby L. Moore, by and through her attorney of record, Assistant Federal Defender Noa E. Oren, agree time under the Speedy Trial Act should be excluded from December 7, 2016 through and including December 15, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial. Time has previously been excluded through December 7, 2016.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | HEATHER E. WILLIAMS |
|   | Federal Defender |
|   |   |
| Date: November 29, 2016 | /s/ Noa E. Oren |
|   | NOA E. OREN |
|   | Assistant Federal Defender |
|   | Attorneys for Defendant |
|   | SHELLBY L. MOORE |
|   |   |
|   | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
|   |   |
| Date: November 29, 2016 | /s/ Michelle Rodriguez |
|   | MICHELLE RODRIGUEZ |
|   | Assistant United States Attorney |
|   | Attorneys for Plaintiff |

ORDER

The Court orders the time from December 7, 2016, up to and including December 15, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B(iv)[reasonable time to prepare] and General Order 479, Local Code T4.  The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  December 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE